UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JENNIFER LORI SLOAN, | Civil No. 2:21-cv-00889-TLF |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). On remand, the ALJ shall offer the claimant the opportunity for a new administrative hearing; obtain a consultative examination, to include a complete set of IQ scores; reevaluate the severity of the claimant's intellectual disorder with the assistance of a medical expert; proceed with the sequential evaluation, as necessary; and issue a new decision.

Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon proper presentation, the Court will consider Plaintiff's

application for reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

DATED this      19      day of       April       2022.

*Theresa L. Fricke*
UNITED STATES MAGISTRATE JUDGE